# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01626-RBJ

LISA LEIGHTON,

    Plaintiff,

v.

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

---

## STIPULATION FOR DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING

---

Plaintiff LISA LEIGHTON ("Plaintiff"), by counsel, and Defendant NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING ("Defendant NewRez") by counsel, hereby stipulate and agree that all matters herein between Plaintiff and Defendant NewRez have been compromised and settled, and that Plaintiff's cause against Defendant NewRez should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 26th day of May, 2022.

| | |
|---|---|
| By: s/Thomas J Lyons Jr | By: s/ Alan Hurst |
| Thomas J. Lyons Jr., Esq. | Taylor T. Haywood |
| MN Attorney I.D. #: 0249646 | AKERMAN LLP |

<div style="display: flex;">

CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN  55127
Telephone: 651-770-9707
Facsimile:  651-704-0907
tommy@consumerjusticecenter.com

Mark L. Vavreck, Esq.
MN Attorney I.D. #: 0318619
GONKO & VAVRECK PLLC
Designers Guild Building
401 North Third Street, Suite 640
Minneapolis, MN 55401
Telephone:  (612) 659-9500
mvavreck@cgmvlaw.com

*Attorneys for Plaintiff Lisa Leighton*

1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
taylor.haywood@akerman.com

Alan Hurst, Esq.
AKERMAN LLP
170 South Main Street, Suite 725
Salt Lake City, UT  84101
Telephone: 801-907-6915
alan.hurst@akerman.com

*Attorneys for Defendant NewRez, LLC
d/b/a Shellpoint Mortgage Servicing*

</div>